IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

NO. 17-13787
_____

BROWARD BULLDOG, INC.,
a Florida corporation not for profit,
DAN CHRISTENSEN,
founder, operator and editor of the BrowardBulldog.com website,

                        Plaintiffs - Appellants
                        Cross Appellees,

versus

U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATION,

                        Defendants - Appellees
                        Cross Appellants.

- - - - - - - - - - -
On Appeal from the U. S. District Court for the
Southern District of Florida
- - - - - - - - - - -
PETITION(S) FOR REHEARING EN BANC

BEFORE: WILLIAM PRYOR, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. (FRAP 35) The Petition for Panel Rehearing is also denied. (FRAP 40)

ORD-46