IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13787-U

_____

BROWARD BULLDOG, INC.,
a Florida corporation not for profit,
DAN CHRISTENSEN,
founder, operator and editor of the BrowardBulldog.com website,

                                    Plaintiffs - Appellants
                                    Cross Appellees,

versus

U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATION,

                                    Defendants - Appellees
                                    Cross Appellants.

-------------------------
On Appeal from the United States District Court for the
Southern District of Florida
-------------------------

BEFORE: WILLIAM PRYOR, MARTIN, and JORDAN, Circuit Judges.

BY THE COURT:

     Appellants' motion to transfer to the District Court consideration of the issues of entitlement, and the reasonable amount of appellate attorney's fees, if any, to be awarded to Appellants is GRANTED. See 11th Cir. R. 39-2(d).